*Staff Comment:* Proposed subrule 932.22(f) would provide a mechanism for enforcing the confidentiality requirement imposed by Const 1963, art 6, § 30. Compare Fla Judicial Qualifications Commission Rule 25(d), Va Code § 2.1-37.13, Hawaii Rev Stat § 610-3(b); see *Landmark Communications, Inc v Virginia,* 435 US 829; 98 S Ct 1535; 56 L Ed 2d 1 (1978).

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.


MAY 7, 1979


BODE V ROSEVILLE SCHOOL DISTRICT. (Docket No. 58625.) Rehearing denied. *Kiefer, Allen & Cavanagh* for plaintiff-appellant. *LaBarge & Dinning, P.C.,* for defendant-appellee. *Linda L. Bruin* for Michigan Association of School Boards as amicus curiae. Reported at 405 Mich 517.


ROGERS V COLONIAL FEDERAL SAVINGS & LOAN ASSOCIATION OF GROSSE POINTE WOODS. (Docket No. 58657.) Rehearing granted, limited to the issue of election of remedies. Briefs on this issue may be filed and served in conformity with GCR 1963, 857 and the appendix previously submitted may be supplemented to the extent deemed necessary. When briefing is completed, the clerk is directed to place this cause on the next available session calendar for argument and submission. Wayne County Neighborhood Legal Services, *Thomas J. G. Guyer,* for plaintiff-appellant. *Fischer, Franklin, Ford, Simon & Hogg* for defendant-appellee. Reported at 405 Mich 607.

RYAN, J., would not limit the rehearing to the single issue of election of remedies but would also include the issue of res judicata.

Appeal dismissed 405 Mich 637.


WEST MICHIGAN ENVIRONMENTAL ACTION COUNCIL V NATURAL RESOURCES COMMISSION. (Docket No. 60800.) Rehearing denied. *Roger B. Conner* for plaintiffs-appellants. *Foster, Swift, Collins & Coey, P.C.,* for intervening-defendants-appellees Shell Oil Company, Amoco Production Company, and Northern Michigan Exploration Company. Reported at 405 Mich 741.


MICHIGAN OIL COMPANY V NATURAL RESOURCES COMMISSION. (Docket No. 59088.) Rehearing denied. *Honigman, Miller, Schwartz & Cohn* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman* and *Thomas F. Schimpf,* Assistants Attorney General, for defendants-ap-